LAW OFFICE OF

# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

May 12, 2026

**By ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *United States v. Curtis*, 24 Cr. 655 (GHW)

Your Honor:

     I represent Ulrique Jean Baptiste in the above-captioned case. I write respectfully to move to withdraw and have substitute counsel appointed. The reason for the request is that I am resigning from the Court's CJA panel and joining the Federal Defenders office. This is a complex case, and we have a dedicated team – with a trial date still nearly one year away. Kestine Thiele, appointed as a mentee, will continue to be able to work on the case and provide continuity. I have discussed this matter with Mr. Baptiste, and I will work with successor counsel to transition the case.

     Thank you for your consideration.

                 Respectfully submitted,

                 /s/ Benjamin Silverman
                 Benjamin Silverman
                 *Attorney for Ulrique Jean Baptiste*

cc: Counsel of record (by ECF)